IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARNOLD VARGAS,<br><br>            Plaintiff,<br><br>    v.<br><br>LACROSSE FOOTWEAR, INC.<br><br>            Defendant. | Civil Action No. 1:24-cv-10384-LTS |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.   Whereas Plaintiff ARNOLD VARGAS filed the above-referenced case against Defendant LACROSSE FOOTWEAR, INC., on February 16, 2024.

2.   Whereas Defendant has not yet filed an answer in this action, and thus dismissal is appropriate without Court order, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3.   Accordingly, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses his complaint with prejudice.


Dated: April 10, 2024                               Respectfully Submitted,


*/s/ Jason M. Leviton*
Jason M. Leviton, Esq. (BBO#678331)
jason@blockleviton.com
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600

*Attorneys for Plaintiff Arnold Vargas*

**CERTIFICATE OF SERVICE**

    I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 10th day of April, 2024.

                                                         */s/ Jason M. Leviton*
                                                           Jason M. Leviton